## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

**KENNETH PHILLIP PITT, IV ,**

        **Plaintiff,**

**v.**                              **Case No: 8:22-cv-1501-MSS-CPT**

**ROBERT DULLAVIN,**

        **Defendant.**

_____

### ORDER OF DISMISSAL

On July 10, 2023, Plaintiff filed a Notice of Settlement, informing the Court that the above-captioned case was settled. (Dkt. 20) Therefore, it is hereby

**ORDERED** that pursuant to Rule 3.09(b) of the Local Rules of the United States District Court for the Middle District of Florida, this case is **DISMISSED WITHOUT PREJUDICE**, subject to the right of the Parties, within sixty (60) calendar days from the date of this Order, to submit a final stipulation of dismissal, should they so choose, or for any party to reopen the case, **upon good cause shown**. After the sixty (60)-day period, the dismissal shall be with prejudice. Any pending motions are **DENIED** as moot. The Clerk is directed to **CLOSE** this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of July 2023.

_____
MARY S. SCRIVEN
UNITED STATES DISTRICT JUDGE

**Copies furnished to:**
Counsel of Record
Any pro se party